THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMJAD ALQAM, Appellant. [853 NYS2d 632]—

The defendant's challenge to the judgment convicting him of a single count of criminal contempt in the first degree (*see* Penal Law § 215.51 [c]), upon his plea of guilty, is barred because the plea encompassed a waiver of the right to appeal, and the waiver was knowingly, voluntary, and intelligently made (*see People v Seaberg,* 74 NY2d 1, 11 [1989]).

There is no merit to the defendant's challenge to the judgment convicting him of three counts of criminal contempt in the first degree (*see* Penal Law § 215.51 [b], [c]), two counts of endangering the welfare of a child (*see* Penal Law § 260.10), and resisting arrest (*see* Penal Law § 205.30), upon a jury verdict. Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Calabria,* 3 NY3d 80, 81-82 [2004]). Moreover, upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633, 643 [2006]).

The sentences imposed were not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Rivera, J.P., Skelos, Santucci and Leventhal, JJ., concur.